**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRITTANY WESTLEY,

    Plaintiff,

v.                                                                                    CASE NO.:

LOVE PET GROOMING SALON, INC.,
a Florida corporation, and
INGRID KOLARSICK
(a/k/a INGRID MUNOZ), individually,

    Defendants.
_____/

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

    Defendants, LOVE PET GROOMING SALON, INC. a Florida Corporation and INGRID KOLARSICK (a/ka INGRID MUNOZ), individually (hereinafter referred to collectively as "Defendants"), by and through their undersigned legal counsel, pursuant to 28 U.S.C. §§ 1441 and 1367, and hereby remove this action from the Circuit Court in and For Hillsborough County to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states as follows:

    1. This action was commenced in the Circuit Court in the Thirteenth Judicial Circuit, in and for Hillsborough County Florida on December 27, 2017 as Case No. 17-CA-011442 Div.D, and is now pending therein.  Thus, venue in this Court is proper pursuant to 28 U.S.C. § 1441(a).

    2. Defendants were served with the original Complaint in this action and then, or or about January 4, 2018, Plaintiff filed an Amended Complaint, and emailed the undersigned counsel for

Defendants on January 4, 2018 a copy of the Amended Complaint. Thus, Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as Defendants are filing the same within thirty (30) days of service of the Summons and Complaint on December 29, 2017 and within since twenty (20) days of delivery of the Amended Complaint.

3. The events alleged by Plaintiff giving rise to her claim allegedly occurred in Hillsborough County, Florida, and Defendants' principal place of business is located in Hillsborough County, Florida. Venue properly lies in the United States District Court for the Middle District of Florida as the district and division embracing the Circuit Court of Hillsborough County pursuant to 28 U.S.C. § 1441(a).

4. Under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants are attached with removal papers as Exhibit "A."

5. Under 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on the Plaintiff, the only adverse party at this time, and a copy of this Notice will also be filed with the Circuit Court in and For Hillsborough County.

**Federal Question Jurisdiction**

6. This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges a violation of the Fair Labor Standards Act, 29 U.S.C. § 206 and 207, for violation of the minimum wage and overtime wage sections, which is a law of the United States.

7. Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441(a).

8. Plaintiff's state law claim under the the Florida Minimum Wage Act, Count III, is subject to the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367, as well as duplicative of the minimum wage claim under the FLSA, all of which stem from a common nucleus of operative facts.

WHEREFORE, on the basis of the foregoing, Defendants respectfully submit that removal of this action from the Circuit Court In and For Hillsborough County, the Thirteenth Judicial Circuit, to this Court is proper and prays that the Circuit Court of Hillsborough County proceed no further with Case No. 17-CA-011442, Div D., and that said action be removed to the United States District Court for the Middle District of Florida, Tampa Division.

Dated this the 19th day of January 2018.

        Respectfully submitted,

        */s/ Mitchell L. Feldman, Esq.*
        Mitchell L. Feldman Esq.
        FB #0080349
        mitch@feldmanwilliams.com
        Feldman Williams PLLC
        6940 W Linebaugh Ave. Suite 101
        Tampa, Florida 33625
        Phone: (813) 639-9366
        Fax: (813) 639-9376
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on January 19, 2018 on all counsel of records on the Service List below:

## SERVICE LIST

Shyamie Dixit Shyamie Dixit, Esq.
sdixit@dixitlaw.com
Florida Bar No.: 719684
Robert L. Vessel, Esq.
rvessel@dixitlaw.com
 Florida Bar No.: 314536
3030 N. Rocky Point Drive West, Suite 260
Tampa, FL 33607
*Attorneys for Plaintiff*

/s/ Mitchell L. Feldman, Esq.
Mitchell L. Feldman Esq.
FB #0080349